1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC., a Nevada corporation; and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED LTD., an Australian corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGH IMPACT DESIGN & ENTERTAINMENT, a Nevada corporation; WILLIAM RANDALL ADAMS, an individual; RAFAEL ACOSTA, an individual; and HIGH IMPACT DESIGN AND ENTERTAINMENT, S.A., a Venezuelan corporation,<br><br>Defendants. | Case No. 2:07-cv-01033-BES-LRL<br><br><br>**ORDER DISMISSING ACTION WITH PREJUDICE AND WITHOUT ATTORNEY FEES OR COSTS AWARDED TO ANY PARTY** |

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

509452.2

1  The parties hereby agree and stipulate to dismiss this action with prejudice, with each
2  party to bear its own attorneys' fees and costs.
3  **IT IS SO AGREED AND STIPULATED:**

4  LEWIS AND ROCA LLP

5  By: _____
6  Michael J. McCue (NV Bar #6055)
   Jonathan W. Fountain (NV Bar #10351)
7  3993 Howard Hughes Pkwy., Suite 600
   Las Vegas, NV 89169
8

9  Attorneys for Plaintiffs

10 Aristocrat Technologies, Inc. and
   Aristocrat Technologies Australia Pty
11 Limited Ltd.

LAW OFFICES OF RICHARD McKNIGHT, P.C.

By: _____
Richard McKnight (NV Bar #1313)
330 S. Third St., Suite 900
Las Vegas, NV 89101

Attorneys for Defendants

High Impact Design and Entertainment, Inc. and
High Impact Design and Entertainment, S.A.

MICHAEL R. MUSHKIN & ASSOCIATES, P.C.

By: _____
Michael R. Mushkin (NV Bar #2421)
330 S. Third St., Suite 900
Las Vegas, NV 89101

Attorneys for Defendants
William Randall Adams and Rafael Acosta

18  Dated: this 7th day of October, 2010

19  **IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 11-02-2010